IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 08-135-M |
| | ) | 08-129-M |
| EDWARD BROSKY, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION TO UNSEAL

The United States respectfully moves to unseal the entire file, except for those portions of documents that have been redacted pursuant to the E-Government Act of 2002. The Government has submitted redacted versions of the such documents with this motion.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Edward J. McAndrew
Assistant United States Attorney

Dated: August 1, 2008

IT IS SO ORDERED this ___1___ day of August 2008, that the above-captioned file is unsealed.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

1